| PROB 22 | DOCKET NUMBER *(Tran. Court)* |
| --- | --- |
| (Rev. 2/88) | 0650 3:14CR00090 - 16 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT<br>Middle District of Tennessee | DIVISION<br>NASHVILLE |
| --- | --- | --- |
| Shawna Caroline Foster | NAME OF SENTENCING JUDGE<br>The Honorable Todd J. Campbell, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03/19/2018    TO 03/18/2022 |

**OFFENSE**
Ct. 1: Conspiracy to Distribute&Possess w/Intent to Distribute Heroin and a Detectable Amount of Fentanyl; 21:846=CP.F; Class B Felony

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the    Northern District of Alabama    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4-9-18
*Date*

*U.S. District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the NORTHERN DISTRICT OF ALABAMA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*

*U.S. District Judge*

Assigned Officer Initials  (JPP)